

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 2, 2022

**By Email**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Rai Thomas*, **22 Mag. 5962**

Dear Judge McCarthy,

In light of the arrest and presentment of the defendants in the above-titled matter on July 22, 2022, the Government respectfully requests that the complaint be unsealed.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:   _Kaiya Arroyo_
Kaiya Arroyo
Assistant United States Attorney
(914) 993-1919

**APPLICATION GRANTED**

_Judith C. McCarthy_
Hon. Judith C. McCarthy     8-3-2022